Steven G. Sklaver
California State Bar No. 237612
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3100
Fax:  (310) 789-3150
Email:  ssklaver@susmangodfrey.com

Max L. Tribble
(Appearance *Pro Hac Vice*)
Vineet Bhatia
(Appearance *Pro Hac Vice*)
Sandeep Seth
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
Email: mtribble@susmangodfrey.com
Email: vbhatia@susmangodfrey.com
Email: sseth@susmangodfrey.com

Seth Ard
(Appearance *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone:  (212) 336-8330
Fax:  (212) 336-8340
Email: sard@susmangodfrey.com

*Attorneys for Sentius International, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. C-13-0825-PSG<br><br>DECLARATION OF SETH ARD IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF |

1

I, Seth Ard, do hereby declare as follows:

1.      I am an active member of the State Bar of New York, and I am an attorney with the firm of Susman Godfrey L.L.P and am admitted *pro hac vice* in this Court.  I am one of the attorneys representing the plaintiff in this matter.  I am over the age of 18, competent to testify to the facts stated herein, and have personal knowledge of the facts and statements in this declaration.

2.      Attached as Exhibit 1 is a true and correct copy of the March 31, 1998 internal Microsoft email (filed under seal).

3.      Attached as Exhibit 2 is a true and correct copy of the U.S. Patent No. RE 40,371 (the "'731 Patent").

4.      Attached as Exhibit 3 is a true and correct copy of the RE 43,633 (the "'633 Patent").

5.      Attached as Exhibit 4 is a true and correct copy of the U.S. Patent No. 7,672,985 (the "'985 Patent").

6.      Attached as Exhibit 5 is a true and correct copy of the U.S. Patent No. 8,214,349 (the "349 Patent").

7.      Attached as Exhibit 6 is a true and correct copy of the March 29, 2002 Flyswat Order Re: Construction of Claim 8 of United States Patent No. 5,822,720.

8.      Attached as Exhibit 7 is a true and correct copy of excerpts from IBM Dictionary of Computing (1994).

9.      Attached as Exhibit 8 is a true and correct copy of an excerpt from IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, 7th Ed. (2000).

2

10.     Attached as Exhibit 9 is a true and correct copy of Viewing Dexter with Open Eyes, John J. Leggett and John L. Schnase (1994).

11.     Attached as Exhibit 10 is a true and correct copy of Light Hypermedia Link Services: A Study of Third Party Application Integration. Hugh C. Davis, Simon Knight, and Wendy Hall.  (1994)).

12.     Attached as Exhibit 11 is a true and correct copy of an excerpt from the patent, A Method of Specifying Links in Hypermedia, WO 95/04974.

13.     Attached as Exhibit 12 is a true and correct copy of September 14, 2009 correspondence entitled Request for Extension of time and Responsive Amendment Under 37 C.F.R. §1.111, from the '985 Patent prosecution history.

14.     Attached as Exhibit 13 is a true and correct copy of an excerpt from Microsoft Press Computer Dictionary: The Comprehensive Standard For Business, School, Library, and Home (1994).

15.     Attached as Exhibit 14 is a true and correct copy of the claim construction order in *Friskit, Inc. v. Realnetworks, Inc.*, 3-03-cv-0585 (N.D.Cal. May 20, 2005).

Signed this 26th day of November, 2013 at New York, NY.

*/s/ Seth Ard*
Seth Ard

1

CERTIFICATE OF SERVICE

2

    The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on all counsel of record who are deemed to have consented to

4

electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(h)(1).

5

By: <u>/s/ Seth Ard</u>

6

Seth Ard

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4