# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: January 8, 2014                              Time in Court: 3 hour and 7 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Sentius International, LLC v. Microsoft Corporation**
**CASE NUMBER**: CV13-00825 PSG
Plaintiff Attorney(s) present: Max Tribble, Vineet Bhatia & Sandeep Seth. Also present: Marc Bookman.
Defendant Attorney(s) present: Jonathan Lamberson.  Also present: Isabella Fu.

**PROCEEDINGS:**
**1.) Tutorial**
**2.) Claims Construction**

Tutorial and Claims Construction held.
Court to issue written constructions.
Opinion will follow.

///