Steven G. Sklaver
California State Bar No. 237612
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3100
Fax:  (310) 789-3150
Email:  ssklaver@susmangodfrey.com

Max L. Tribble
(Appearance *Pro Hac Vice)*
Vineet Bhatia
(Appearance *Pro Hac Vice*)
Sandeep Seth
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
Email: mtribble@susmangodfrey.com
Email: vbhatia@susmangodfrey.com
Email: sseth@susmangodfrey.com

Seth Ard
(Appearance *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone:  (212) 336-8330
Fax:  (212) 336-8340
Email: sard@susmangodfrey.com

Sandeep Seth
California State Bar No. 195914
SETH LAW OFFICES
Two Allen Center
1200 Smith St., Suite 1600
Houston, TX 77002
Telephone: 713-353-8847
Email: ss@sethlaw.com

*Attorneys for Sentius International, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

1

---
DECLARATION OF SETH ARD IN OF PLAINTIFF'S SUPPORT MOTION FOR LEAVE TO
AMEND/SUPPLEMENT INFRINGEMENT CONTENTIONS POST-*MARKMAN*    CASE NO. C-13-0825-PSG
3074931v1/012741

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC, | Case No. C-13-0825-PSG |
| Plaintiff, | DECLARATION OF SETH ARD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT INFRINGEMENT CONTENTIONS POST-*MARKMAN* |
| vs. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

I, Seth Ard, do hereby declare as follows:

1. I am an active member of the State Bar of New York, and I am an attorney with the firm of Susman Godfrey L.L.P and am admitted *pro hac vice* in this Court. I am one of the attorneys representing the plaintiff in this matter. I am over the age of 18, competent to testify to the facts stated herein, and have personal knowledge of the facts and statements in this declaration.

2. Attached as Exhibit A is a true and correct copy of highlighted excerpts from the *Markman* hearing held on January 8, 2014.

3. Attached as Exhibit B is a true and correct copy of plaintiff's disputed proposed second supplemental infringement contentions (filed under seal), with the disputed claims highlighted.

4. Attached as Exhibit C is a true and correct copy of correspondence between counsel for Microsoft and counsel for Plaintiff regarding the subject of this motion.

Signed this 28th day of November, 2014 at New York, NY.

                 */s/ Seth Ard*
                 Seth Ard

2

DECLARATION OF SETH ARD IN OF PLAINTIFF'S SUPPORT MOTION FOR LEAVE TO AMEND/SUPPLEMENT INFRINGEMENT CONTENTIONS POST-*MARKMAN*   CASE NO. C-13-0825-PSG
3074931v1/012741

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(h)(1).

By: */s/ Seth Ard*
Seth Ard

3

DECLARATION OF SETH ARD IN OF PLAINTIFF'S SUPPORT MOTION FOR LEAVE TO
AMEND/SUPPLEMENT INFRINGEMENT CONTENTIONS POST-*MARKMAN*   CASE NO. C-13-0825-PSG
3074931v1/012741