**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,      ) | Case No. 5:13-cv-00825-PSG |
|             ) | |
|       Plaintiff,   ) | **ORDER GRANTING-IN-PART** |
|             ) | **ADMINISTRATIVE MOTION TO** |
|      v.       ) | **FILE DOCUMENTS UNDER SEAL** |
|             ) | |
| MICROSOFT CORPORATION,    ) | **(Re: Docket Nos. 102 and 103)** |
|             ) | |
|       Defendant.  ) | |
|             ) | |

       Before the court is Plaintiff Sentius International, LLC's administrative motion to file under seal its motion to compel Defendant Microsoft Corporation to produce licensing information, surveys and metrics and other damages related discovery and supporting exhibits.  Pursuant to the local rules, Microsoft tendered a declaration supporting portions of the sealing motion.  While Sentius filed the unredacted motion and all fifteen supporting exhibits under seal, Microsoft's declaration only addresses the motion and supporting Exhibits 11, 12 and 14.

       Upon review, the sealing request is not narrowly-tailored.  Microsoft's attempt to seal entire deposition transcripts – sweeping in material which plainly is not sealable – is not permitted under

Case No. 5:13-cv-00825-PSG
ORDER GRANTING-IN-PART ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL

this court's rules.[1]  Microsoft need only look to the proposed redactions to the motion for guidance.

The proposed redactions within the motion may be filed under seal.

**IT IS SO ORDERED.**

Dated: June 16, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Civil L.R. 79-5(b) ("A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as 'sealable'). The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d).").

2

Case No. 5:13-cv-00825-PSG
ORDER GRANTING-IN-PART ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL