1  Frank E. Scherkenbach (SBN 142549)
   scherkenbach@fr.com
2  Kurt L. Glitzenstein (*pro hac vice*)
   glitzenstein@fr.com
3  FISH & RICHARDSON P.C.
   One Marina Park Drive
4  Boston, MA 02210
   Telephone: (617) 542-5070
5  Facsimile: (617) 542-8906

6  Attorneys for Defendant
   MICROSOFT CORP.
7
   *Additional counsel listed on signature page*
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN JOSE DIVISION)

12

13 | SENTIUS INTERNATIONAL, LLC, | Case No. 5:13-cv-00825 PSG |
|---|---|
14 | Plaintiff, | **DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
15 | v. | |
16 | MICROSOFT CORPORATION, | |
17 | Defendant. | |
18 | AND RELATED COUNTERCLAIMS | |

19

20     Pursuant to Civil Local Rule 79-5, Defendant Microsoft Corporation ("Microsoft") hereby

21 moves the Court for permission to file under seal the following documents:

22     • Exhibits A, D, E, N, P, AE, AF, and AI to the Declaration of Jonathan J. Lamberson

23       in Support of Defendant Microsoft Corporation's Motion for Summary Judgment

24       and *Daubert* Motions

25     The basis for Microsoft's request is as follows:

26     • With respect to Exhibit A, this exhibit contains a detailed description of the structure,

27       function and operation of Microsoft's highly confidential source code for the accused

28

features in the accused Microsoft Office products. The structure, function and operation of Microsoft's source code is proprietary and highly confidential. The public disclosure of the structure, function and operation of Microsoft's source code would place Microsoft at a significant risk of harm from competitors or others who may attempt to make unauthorized use of that code, or who may potentially attempt to exploit vulnerabilities in that code, if any exist. The underlying source code, as well as the report describing it, have been designated as Highly Confidential pursuant to the Protective Order entered in this case. Microsoft's request is narrowly tailored to seal only those portions of Exhibit A that discuss the structure, function and operation of its source code.

- With respect to Exhibits D & E, these are copies of deposition transcripts which Sentius designated Highly Confidential. Pursuant to Civil Local Rule 79-5(e), Microsoft expects that Sentius will submit a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated materials is sealable, or alternatively that it will withdraw the designations.

- With respect to Exhibit N, this exhibit contains a detailed description of the structure, function and operation of Microsoft's highly confidential source code for the accused features in the accused Microsoft Office products. The structure, function and operation of Microsoft's source code is proprietary and highly confidential. The public disclosure of the structure, function and operation of Microsoft's source code would place Microsoft at a significant risk of harm from competitors or others who may attempt to make unauthorized use of that code, or who may potentially attempt to exploit vulnerabilities in that code, if any exist. The underlying source code, as well as the report describing it, have been designated as Highly Confidential pursuant to the Protective Order entered in this case. Microsoft's request is narrowly tailored to seal only those portions of Exhibit A that discuss the structure, function and operation of its source code.

- With respect to Exhibit P, Microsoft's request is narrowly tailored to include only the following confidential information:
    - At pages 33-35, a discussion of a patent valuation produced by Sentius and designated by Sentius as Highly Confidential. Pursuant to Civil Local Rule 79-5(e), Microsoft expects that Sentius will submit a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated materials is sealable, or alternatively that it will withdraw the designations.
    - At the bottom of page 35, the top of page 42, the top of page 90, pages 91-94, 109, 111-113, and 116, a discussion of highly confidential settlement agreements entered into between Microsoft and various third parties. The terms of these settlement agreements are confidential and disclosure of the terms would violate the agreements themselves and would prejudice Microsoft by disclosing its confidential litigation and settlement strategies with respect to these prior cases. The agreements were produced in the case and designated highly confidential pursuant to the protective order.
    - At pages 96-97, a discussion of confidential research studies and other confidential internal Microsoft documentation regarding the accused features. The disclosure of these internal discussions and investigations regarding the accused features would have the potential to place Microsoft at a competitive disadvantage if disclosed to its competitors.
    - At pages 104-105, 114, Exhibit 27 and Exhibit 31, a discussion of the sales and profitability for the accused products. Microsoft does not publish sales figures or profitability figures by product. These numbers were obtained from highly confidential internal sales information produced during the litigation and designated highly confidential pursuant to the Protective Order. The disclosure of this information has the potential to cause competitive disadvantage should it become known to Microsoft's competitors.

- With respect to Exhibit AE, this is a copy of a confidential settlement agreement between Microsoft and a third party.  The terms of these settlement agreements are confidential and disclosure of the terms would violate the agreement itself and would prejudice Microsoft by disclosing its confidential litigation and settlement strategies with respect to these prior cases.  The agreement was produced in the case and designated highly confidential pursuant to the protective order.

- With respect to Exhibit AF, this document contains a discussion of materials that Sentius designated Highly Confidential.  Pursuant to Civil Local Rule 79-5(e), Microsoft expects that Sentius will submit a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated materials is sealable, or alternatively that it will withdraw the designations.

- With respect to Exhibit AI, this document contains a confidential research study Microsoft obtained regarding the accused features. The disclosure of this internal investigation regarding the accused features would have the potential to place Microsoft at a competitive disadvantage if disclosed to its competitors

Filed concurrently herewith and pursuant to Civ. L.R. 79-5(c) are the confidential and non-confidential versions of Exhibits A, N, P, and AF to the Declaration of Jonathan J. Lamberson in Support of Defendant Microsoft Corporation's Motion for Summary Judgment and *Daubert* Motions.  With respect to Exhibits D, E, AE, and AI, Microsoft seeks to seal the exhibits in their entirety.

For the foregoing reasons, Microsoft respectfully requests that the Court grant its request to file the documents described above under seal.

Dated:  December 2, 2014                                                   FISH & RICHARDSON P.C.


                                                                                                   By:  *s/ Jonathan J. Lamberson*
                                                                                                           Jonathan J. Lamberson

                                                                                                   Attorneys for Defendant
                                                                                                   MICROSOFT CORPORATION

1 | *Additional Counsel*

2 | Jonathan J. Lamberson (SBN 239107) / lamberson@fr.com
FISH & RICHARDSON P.C.
3 | 500 Arguello Street, Suite 500
Redwood City, CA  94063
4 | Telephone: (650) 839-5070
Facsimile: (650) 839-5071

6 | Isabella Fu (SBN 154677) / isabella.fu@microsoft.com
MICROSOFT CORPORATION
One Microsoft Way
7 | Redmond, WA 98052
Telephone: (425) 882-8080
8 | Facsimile:  (425) 936-7329

9 | Attorneys for Defendant
MICROSOFT CORP.

11 | 50969655.doc