| | |
|---|---|
| 1 | Frank E. Scherkenbach (SBN 142549) |
| | scherkenbach@fr.com |
| 2 | Kurt L. Glitzenstein (*pro hac vice*) |
| | glitzenstein@fr.com |
| 3 | FISH & RICHARDSON P.C. |
| | One Marina Park Drive |
| 4 | Boston, MA 02210 |
| | Telephone: (617) 542-5070 |
| 5 | Facsimile: (617) 542-8906 |
| 6 | Attorneys for Defendant |
| | MICROSOFT CORP. |
| 7 | |
| | *Additional counsel listed on signature page* |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC, | Case No. 5:13-cv-00825 PSG |
| Plaintiff, | **DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | DATE: January 13, 2015<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Paul S. Grewal |

I, Jonathan J. Lamberson, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record in this action for Defendant Microsoft Corporation ("Microsoft"). I am a member of the Bar of the State of California and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the September 8, 2014 expert report of Dr. Vijay K. Madisetti. **(FILED UNDER SEAL)**

3.  Attached hereto as Exhibit B is a true and correct copy of Sentius' Second Supplemental Patent Local Rule 3-1 Infringement Contentions.

4.  Attached hereto as Exhibit C is a true and correct copy of Sentius May 23, 2014 Responses to Microsoft's Fourth Set of Interrogatories [Nos. 18-21].

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts from the May 29, 2014 deposition transcript of Marc Bookman.  **(FILED UNDER SEAL)**

6.  Attached hereto as Exhibit E is a true and correct copy of excerpts from the May 30, 2014 deposition transcript of Marc Bookman.  **(FILED UNDER SEAL)**

7.  Attached hereto as Exhibit F is a true and correct copy of the June 20, 2014 deposition transcript of Brian Yamanaka.

8.  Attached hereto as Exhibit G is a true and correct copy of a printout from the website https://www.linkedin.com/jobs2/view/10229143, as accessed on October 10, 2014.

9.  Attached hereto as Exhibit H is a true and correct copy of a Microsoft document entitled "Proofing Tools Integration" (MS_SENTIUS008823-24).

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the November 24, 2014 deposition transcript of Dr. Vijay K. Madisetti.

11. Attached hereto as Exhibit J is a true and correct copy of the September 8, 2014 Expert Report of William E. Wecker.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from the November 20, 2014 ROUGH deposition transcript of William E. Wecker.

13. Attached hereto as Exhibit L is a true and correct copy of an e-mail exchange between myself and attorneys for Sentius occurring between September 10 and September 18, 2014.

14. Attached hereto as Exhibit M is a true and correct copy of Sentius' technology tutorial.

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from the non-infringement expert report of Dr. Daniel A. Menasce.  **(FILED UNDER SEAL)**

16. Attached hereto as Exhibit O is a true and correct copy of a website from the Australian National Statistics Service, as accessed on December 2, 2014.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the Expert Report of Robert Mills.  **(FILED UNDER SEAL)**

18. Attached hereto as Exhibit Q is a true and correct copy of a webpage entitled "Sawtooth Software – What is Conjoint Analysis?" as accessed on December 2, 2014.

19. Attached hereto as Exhibit R is a true and correct copy of a paper entitled "Is It Worth Anything?  Using Surveys in Intellectual Property Cases."

20. Attached hereto as Exhibit S is a true and correct copy of a page from the American Bar Association website entitled "Consumer Surveys and Other Market-Based Methodologies in Patent Damages," as accessed on December 2, 2014.

21. Attached hereto as Exhibit T is a true and correct copy of excerpts from a book entitled "Marketing Research Tools & Techniques" by Nigel Bradley.

22. Attached hereto as Exhibit U is a true and correct copy of excerpts from a book entitled "Good Small Business Guide 2013."

23. Attached hereto as Exhibit V is a true and correct copy of a paper by the Scottish Government Social Research Group entitled "Guide 2: Omnibus Surveys."

24. Attached hereto as Exhibit W is a true and correct copy of the October 8, 2014 expert report of Charles L. Colby.

25. Attached hereto as Exhibit X is a true and correct copy of a webpage from http://www.consumerpsychologist.com entitled "Consumer Research Methods," as accessed on December 2, 2014.

26. Attached hereto as Exhibit Y is a true and correct copy of a paper entitled "AAPOR Report on Online Panels."

27. Attached hereto as Exhibit Z is a true and correct copy of a webpage entitled "Data Use: An evaluation of quality-control questions" as accessed on December 2, 2014.

28. Attached hereto as Exhibit AA is a true and correct copy of a webpage entitled "The Honesty of Online Survey Respondents: Lessons Learned and Prescriptive Remedies," as accessed on October 15, 2014.

29. Attached hereto as Exhibit AB is a true and correct copy of a paper entitled "Revisiting the Data and Estimation in List and Gallet (2000)."

30. Attached hereto as Exhibit AC is a true and correct copy of a paper entitled "What Experimental Protocol Influence Disparities Between Actual and Hypothetical Stated Values?"

31. Attached hereto as Exhibit AD is a true and correct copy of a paper entitled "A Meta-Analysis of Hypothetical Bias in Stated Preference Valuation."

32. Attached hereto as Exhibit AE is a true and correct copy of a confidential settlement agreement between Microsoft Corporation and Arendi S.A.R.L.  **(FILED UNDER SEAL)**

33. Attached hereto as Exhibit AF is a true and correct copy of excerpts from the November 18, 2014 ROUGH deposition transcript of Robert Mills.  **(FILED UNDER SEAL)**

34. Attached hereto as Exhibit AG is a true and correct copy of excerpts from a book entitled "Royalty Rates for Licensing Intellectual Property" by Russell Parr.

35. Attached hereto as Exhibit AH is a true and correct copy of the 2011 Annual Review for Alcatel-Lucent.

36. Attached hereto as Exhibit AI is a true and correct copy of a document entitled "Office 14 SKU Purchase Intent Survey."  **(FILED UNDER SEAL)**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Redwood City, California this 2nd day of December, 2014.

*s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

*Additional Counsel*

Jonathan J. Lamberson (SBN 239107) / lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Isabella Fu (SBN 154677) / isabella.fu@microsoft.com
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile:  (425) 936-7329

Attorneys for Defendant
MICROSOFT CORP.

50969654.doc