Steven G. Sklaver (SBN 237612)
Meng Xi (SBN 280099)
Krysta Kauble Pachman (SBN 280951)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150
Email: ssklaver@susmangodfrey.com
Email: mxi@susmangodfrey.com
Email: kpachman@susmangodfrey.com

Seth Ard (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340
Email: sard@susmangodfrey.com

Max L. Tribble (*Pro Hac Vice*)
Vineet Bhatia (*Pro Hac Vice*)
Sandeep Seth
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: mtribble@susmangodfrey.com
Email: vbhatia@susmangodfrey.com
Email: sseth@susmangodfrey.com

Sandeep Seth (SBN 195914)
SETH LAW OFFICES
Two Allen Center
1200 Smith St., Suite 1600
Houston, TX 77002
Telephone: 713-353-8847
Email: ss@sethlaw.com

Attorneys for Sentius International, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 5:13-00825-PSG<br><br>**PLAINTIFF SENTIUS INTERNATIONAL, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

Pursuant to Civil Local Rule 79-5(d), Sentius International, LLC ("Sentius") hereby seeks leave to file under seal unredacted versions of the following:

- Sentius' Opposition to Defendant's Daubert Motion to Exclude Testimony of Sentius' Damages Expert Mr. Robert Mills;
- Exhibit A to the Declaration of Seth Ard in Opposition to Defendant's Daubert Motion to Exclude Testimony of Sentius' Damages Expert Mr. Robert Mills;
- Exhibit B to the Declaration of Seth Ard in Opposition to Defendant's Daubert Motion to Exclude Testimony of Sentius' Damages Expert Mr. Robert Mills;
- Exhibit C to the Declaration of Seth Ard in Opposition to Defendant's Daubert Motion to Exclude Testimony of Sentius' Damages Expert Mr. Robert Mills;

Parts of the Opposition, Exhibit A, and Exhibit C refer to information that was designated Highly Confidential – Attorneys' Eyes Only and Highly Confidential Source Code by Microsoft. Exhibit B was designated Highly Confidential – Attorneys' Eyes Only by Microsoft. Sentius expects that Microsoft will submit a declaration explaining the basis for its designations.

Dated: December 30, 2014

                                          SUSMAN GODFREY L.L.P.

By: *s/Seth Ard*
Steven G. Sklaver (SBN 237612)
Meng Xi (SBN 280099)
Krysta Kauble Pachman (SBN 280951)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Email: ssklaver@susmangodfrey.com
Email: mxi@susmangodfrey.com
Email: kpachman@susmangodfrey.com

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Max L. Tribble
(Appearance *Pro Hac Vice)*
Vineet Bhatia
(Appearance *Pro Hac Vice)*
Sandeep Seth
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Email: mtribble@susmangodfrey.com
Email: vbhatia@susmangodfrey.com
Email: sseth@susmangodfrey.com

Seth Ard
(Appearance *Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone:  (212) 336-8330
Email: sard@susmangodfrey.com

Sandeep Seth
California State Bar No. 195914
SETH LAW OFFICES
Two Allen Center
1200 Smith St., Suite 1600
Houston, TX 77002
Telephone: 713-353-8847
Email: ss@sethlaw.com

Attorneys for Plaintiff Sentius International, LLC

Plaintiff Sentius Administrative Motion To File Under Seal Pursuant To Civil Local Rule 79-5
Case No. 5:13-00825-PSG

3479312v1/012741