# EXHIBIT C

CONFIDENTIAL FILED UNDER SEAL