# Amended Exhibit A

# Confidential – Filed Under Seal