United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SENTIUS INTERNATIONAL, LLC, ) | ) | Case No. 5:13-cv-00825-PSG |
| Plaintiff, | ) ) ) | **ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | ) ) | |
| MICROSOFT CORPORATION, | ) ) | **(Re: Docket No. 156)** |
| Defendant. | ) ) | |

Pursuant to Plaintiff Sentius International, LLC's representation that documents previously filed at Docket Nos. 147-3 and 153-3 contain confidential and for attorneys' eyes only information, the court grants Plaintiff's motion to remove these documents from the docket.

**SO ORDERED.**

Dated: January 6, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge