1  Steven G. Sklaver (SBN 237612)
   Krysta Kauble Pachman (SBN 280951)
2  Meng Xi (SBN 280099)
3  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
4  Los Angeles, CA 90067
   Telephone: (310) 789-3100
5  Fax: (310) 789-3150
6  Email: ssklaver@susmangodfrey.com
   Email: kpachman@susmangodfrey.com
7  Email: mxi@susmangodfrey.com
8
   Seth Ard (Pro Hac Vice)
9  SUSMAN GODFREY L.L.P.
   560 Lexington Avenue, 15th Floor
10 New York, NY 10022
   Telephone: (212) 336-8330
11 Fax: (212) 336-8340
   Email: sard@susmangodfrey.com
12
13 [Additional counsel on signature page]
14
   *Attorneys for Plaintiff*
15 *Sentius International, LLC*

Frank E. Scherkenbach (SBN 142549)
scherkenbach@fr.com
Kurt L. Glitzenstein (Pro Hac Vice)
glitzenstein@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

Jonathan J. Lamberson (SBN 239107)
lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Isabella Fu (SBN 154677)
Isabella.fu@microsoft.com
MICROSOFT CORPORATION
One Microsoft Way
Redwood, WA 98052
Telephone: (425) 882-8080

*Attorneys for Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. C-13-0825-PSG<br><br><br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

This stipulation is entered into by Plaintiff SENTIUS INTERNATIONAL, LLC and Defendant MICROSOFT CORPORATION (collectively, the "Parties"), by and through their respective counsel:

---
1
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
3532611v1/012741

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that Plaintiff's remaining causes of action in the above-captioned matter shall all be dismissed with prejudice and Defendant's remaining counterclaims shall all be dismissed without prejudice. Except as provided within the Parties' confidential settlement agreement, each side will bear its own attorneys' fees, costs, and expenses.

Dated:  January 30, 2015          Respectfully submitted,

By: /s/ *Seth Ard*
   Seth Ard
   Attorney for Plaintiff
   SENTIUS INTERNATIONAL, LLC

Dated:  January 30, 2015          Respectfully submitted,

By: /s/ *Jonathan J. Lamberson*
   *(by Seth Ard with permission)*
   Attorney for Defendant
   MICROSOFT CORP.

*Additional Counsel*:

Max L. Tribble
mtribble@susmangodfrey.com
Vineet Bhatia
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Sandeep Seth
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002
Telephone: (832) 875-1470
Attorneys for Plaintiff

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

1. Plaintiff's remaining causes of action in the above-captioned matter shall all be dismissed with prejudice.

2. Defendant's remaining counterclaims shall all be dismissed without prejudice.

3. Except as provided within the Parties' confidential settlement agreement, each side will bear its own attorneys' fees, costs, and expenses.

Dated: _____       _____
                                                                                Hon. Paul S. Grewal
                                                                                United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
3532611v1/012741

## DECLARATION OF CONSENT

I, Seth Ard, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

## STIPULATION OF DISMISSAL

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to Local Rule 5-1(i)(3) of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in New York, New York on January 30, 2015.

By: *s/Seth Ard*  
     Seth Ard

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 30, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(h)(1).

By: *s/Seth Ard*  
     Seth Ard